1  Joseph R. Manning, Jr. (SBN 223381)
2  Tristan P. Jankowski (SBN 290301)
   ADAPracticeGroup@manninglawoffice.com
3  **MANNING LAW, APC**
   4667 MacArthur Blvd., Suite 150
4  Newport Beach, CA 92660
   Tel: 949.200.8755
5  Fax: 866.843.8308

6  Attorneys for Plaintiff
7  GUILLERMO ROBLES

8
    Matthew R. Orr, Bar No. 211097
9   morr@calljensen.com
    Michael S. Orr, Bar No. 196844
10  msorr@calljensen.com
11  CALL & JENSEN
    A Professional Corporation
12  610 Newport Center Drive, Suite 700
13  Newport Beach, CA 92660
    Tel: (949) 717-3000
14

15  Attorneys for Defendant
16  DESTINATION XL GROUP, INC.

17
                    **UNITED STATES DISTRICT COURT**
18
                   **CENTRAL DISTRICT OF CALIFORNIA**
19

| | |
|---|---|
| 20  GUILLERMO ROBLES | Case No.: 2:17-cv-01201 ODW JPRx |
| 21  Plaintiff, | Hon. Otis D. Wright II |
| 22  v. | **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| 23  DESTINATION XL GROUP, INC., | |
| 24  a Delaware corporation; and DOES | |
| 25  1-10, inclusive, | Complaint Filed: February 14, 2017
Trial Date: None |
| 26  Defendant. | |

28

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Guillermo Robles ("Plaintiff") and Destination XL Group, Inc. stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' expenses.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: July 18, 2017

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    GUILLERMO ROBLES

DATED: July 18, 2017

CALL & JENSEN, APC

By: /s/ *Matthew R. Orr*
    Matthew R. Orr
    Attorneys for Defendant
    DESTINATION XL GROUP, INC.

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 18, 2017        By: /s/ *Joseph R. Manning, Jr.*