JS-6

1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

10

## CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GUILLERMO ROBLES

Plaintiff,

v.

DESTINATION XL GROUP, INC.

Defendant.

Case No.: 2:17-cv-01201 ODW JPRx

**ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [21]**

ORDER
DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff Guillermo Robles ("Plaintiff") and Destination XL Group, Inc., the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  July 19, 2017

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

1
ORDER
DISMISSAL OF ENTIRE ACTION WITH PREJUDICE